**CARPENTERS PENSION AND ANNUITY FUNDS**
**LOAN APPLICATION**

SECTION D - PROMISSORY NOTE TO REPAY LOAN - RULES AND REGULATIONS

I hereby apply for a loan in the amount of $ 30,000.00 at 9 % Interest, with 179 Monthly Payments of $ 304.28, and the final payment of $ 304.32 My first payment is due 8/1/2000 This Loan is made under the rules and regulations of the Carpenters Pension and Annuity Fund I understand this loan is subject to interest at a fixed rate for the life of the loan I also understand that the loan, and any interest, must be entirely repaid within five (5) years or fifteen (15) years from the date of the making of the loan I agree to repay the loan in equally monthly installments

All Loans are limited to the amount of Money actually required for the purpose indicated above, or 50% of the amount in the Applicant's Account, but in no case more than $50,000 or less than $2,000.00.

I fully understand that once I make a loan, I can not be approved for another loan for five (5) years from the initial Loan date

I fully understand that any payment by the Trustees pursuant to this application constitutes a loan and not a distribution of money from my individual account

I understand that my monthly payment is due on the 1st of each month I further understand that if my payment is not received by the 15th of each month, a late charge of 3% of the scheduled payment will be applied

I understand that when a regularly monthly scheduled payment is NOT received by the Fund Office by the end of the calendar quarter following the calendar quarter in which the payment was due, a default will occur

I understand that a late payment or a default in the repayment of the outstanding loan will result in an immediate hold being placed on my Cafeteria Benefit

I understand that only one loan may be outstanding from the Fund at any time and the repayment of an outstanding loan shall not be a valid reason for the granting of another loan

I understand that I authorize the Carpenters Pension and Annuity Fund of Philadelphia and Vicinity to attach any Wages and Real and Personal Property

Member please sign and date _____   May 10, 2000
                              Signature                   Date

**FOR OFFICE USE ONLY**

Approved on behalf of the Carpenters Pension and Annuity Fund

_____ Yes        _____ No


_____     _____ Date_____
Edward Coryell, Co-Chairman      Walter P Palmer, Jr Co-Chairman

EXHIBIT 1

```
               CARPENTERS' BENEFIT FUNDS
               1803 SPRING GARDEN STREET
                 PHILADELPHIA  PA  19130
```

```
THEODORE DEWEES JR
1108 HUNTINGDON MEWS APTS
CLEMENTON        NJ  08021          Soc.Sec.Nbr. 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
                                    Local Union #    8
```

Dear Member:

                                                        12/18/2001

Our Records indicate that we have not received the following Loan Payments as of the date of this notice.

| DUE DATE | AMOUNT | LATE FEES | TOTAL DUE |
|---|---|---|---|
| 10/01/2001 | $304.28 | $9.13 | $313.41 |
| 11/01/2001 | $304.28 | $9.13 | $313.41 |
| 12/01/2001 | $304.28 | $9.13 | $313.41 |

Please remit your payment in the amount of $940.23, which includes late fees in the amount of $27.39 to the Fund Office immediately. If payments have been made, please disregard this notice.

** Reminder** A loan default occurs when your monthly payment is not received by the end of the calendar quarter following the calendar quarter in which the payment is due.



EXHIBIT 2



**CARPENTERS**
PENSION AND ANNUITY FUND
OF PHILADELPHIA & VICINITY
1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430 • FAX 215-569-0368

BOARD OF ADMINISTRATION
LABOR                MANAGEMENT
Edward Coryell       Walter P Palmer, Jr.
Co-Chairman          Co-Chairman
Francis J. Lafley    Charles G. Erickson, III
Larry Dunn           Frank T Lanier
John W. Hoover       L. Charles Marcon
Carl S Miller        James F. Sennaman
Guy Pigliacelli      John R. Smith, Jr.

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

December 18, 2001
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                    e
THEODORE DEWEES JR
1108 HUNTINGDON MEWS APTS
CLEMENTON    NJ   08021

Dear Member:

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

**Mary Hackett**

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure

CARPENTERS' BENEFIT FUNDS
1803 SPRING GARDEN STREET
PHILADELPHIA  PA   19130

THEODORE DEWEES JR
1108 HUNTINGDON MEWS APTS
CLEMENTON         NJ 08021

Soc.Sec.Nbr.  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
Local Union #    8

Dear Member:

1/16/2002

Our Records indicate that we have not received the following Loan Payments as of the date of this notice.

| DUE DATE | AMOUNT | LATE FEES | TOTAL DUE |
|---|---|---|---|
| 10/01/2001 | $304.28 | $9.13 | $313.41 |
| 11/01/2001 | $304.28 | $9.13 | $313.41 |
| 12/01/2001 | $304.28 | $9.13 | $313.41 |
| 1/01/2002  | $304.28 | $9.13 | $313.41 |

Please remit your payment in the amount of $1,253.64, which includes late fees in the amount of $36.52 to the Fund Office immediately. If payments have been made, please disregard this notice.

** Reminder** A loan default occurs when your monthly payment is not received by the end of the calendar quarter following the calendar quarter in which the payment is due.



**CARPENTERS**
**PENSION AND ANNUITY FUND**
**OF PHILADELPHIA & VICINITY**

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430  •  FAX 215-569-0368

BOARD OF ADMINISTRATION
LABOR                                    MANAGEMENT
Edward Coryell                    Walter P. Palmer, Jr.
Co-Chairman                        Co-Chairman
Francis J. Laffey                 Charles O. Erickson, III
Larry Dunn                         Frank T. Lutter
John W. Hooven                   L. Charles Marcon
Carl B. Miller                       James F. Sassaman
Guy Piglacelli                      John R. Smith, Jr.
                    CO-COUNSEL
         Sagot, Jennings & Sigmond / Harry Reagan, Esq.

January 16, 2002

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
THEODORE DEVEES JR
1123 HUNTINGDON MEWS APTS
CLEMENTON        NJ    28021

Dear Member:

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430   •   FAX 215-569-0368

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P. Palmer, Jr. |
| Co-Chairman | Co-Chairman |
| Francis J. Laffey | Charles G. Erickson, III |
| Larry Dunn | Frank T. Lutter |
| John W. Hooven | L. Charles Marcon |
| Carl B. Miller | James F. Sassaman |
| Guy Piglifinelli | John R. Smith, Jr. |

**CO-COUNSEL**
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

February 19, 2002

THEODORE DEWEES JR
1503 NORTH BLACK HORSE PK
BLACKWOOD         NJ  08012

Dear Member:

**Please be advised that your loan is Close to failing into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure

```
                    CARPENTERS' BENEFIT FUNDS
                    1803 SPRING GARDEN STREET
                    PHILADELPHIA  PA  19130



THEODORE DEWEES JR
1503 NORTH BLACK HORSE PK
BLACKWOOD          NJ 08012         Soc.Sec.Nbr. 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
                                    Local Union #    8

Dear Member:


                                                  2/19/2002

 Our Records indicate that we have not received the following Loan
 Payments as of the date of this notice.


         DUE                                            TOTAL
         DATE              AMOUNT         LATE FEES     DUE

       10/01/2001          $304.28          $9.13       $313.41
       11/01/2001          $304.28          $9.13       $313.41
       12/01/2001          $304.28          $9.13       $313.41
        1/01/2002          $304.28          $9.13       $313.41
        2/01/2002          $304.28          $9.13       $313.41

 Please remit your payment in the amount of  $1,567.05, which includes
 late fees in the amount of    $45.65 to the Fund Office immediately.
 If payments have been made, please disregard this notice.


 ** Reminder** A loan default occurs when your monthly payment is not
    received by the end of the calendar quarter following the calendar
    quarter in which the payment is due.
```



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430 • FAX 215-569-0368

BOARD OF ADMINISTRATION

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P. Palmer, Jr. |
| Co-Chairman | Co-Chairman |
| Francis J. Lafley | Charles G. Erickson, III |
| Larry Dunn | Frank T. Lutter |
| John W. Hooven | L. Charles Marcon |
| Carl B. Miller | James F. Sassaman |
| Guy Pigliacelli | John R. Smith, Jr. |

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

March 15, 2002

Theodore Dewees, Jr.            SS# 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
1108 Huntingdon Mews Apartments
Clementon, NJ 08021

**RE: Annuity Loan**

Mr. Dewees,

Please contact the Fund immediately regarding your Annuity Loan.

Sincerely,

Jennifer Schofield
Carpenters Pension & Annuity Fund



**CARPENTERS**
**PENSION AND ANNUITY FUND**
**OF PHILADELPHIA & VICINITY**

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430    •    FAX 215-569-0368

BOARD OF ADMINISTRATION
LABOR | MANAGEMENT
Edward Coryell | Walter P. Palmer, Jr.
Co-Chairman | Co-Chairman
Francis J. Laffey | Charles G. Erickson, III
Larry Dunn | Frank T. Lutter
John W. Hooven | L. Charles Marcon
Carl R. Miller | James F. Sassaman
Guy Pigliacelli | John R. Smith, Jr.

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

March 19, 2002

THEODORE DEWEES JR
1503 NORTH BLACK HORSE PK
BLACKWOOD          NJ    08012


Dear Member:

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/jms
enclosure

```
              CARPENTERS' BENEFIT FUNDS
              1803 SPRING GARDEN STREET
               PHILADELPHIA  PA  19130


THEODORE DEWEES JR
1503 NORTH BLACK HORSE PK
BLACKWOOD        NJ 08012        Soc.Sec.Nbr.  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
                                 Local Union #      8

Dear Member:


                                              3/19/2002


   Our Records indicate that we have not received the following Loan
   Payments as of the date of this notice.


         DUE                                              TOTAL
         DATE            AMOUNT         LATE FEES         DUE

      10/01/2001         $304.28         $9.13           $313.41
      11/01/2001         $304.28         $9.13           $313.41
      12/01/2001         $304.28         $9.13           $313.41
       1/01/2002         $304.28         $9.13           $313.41
       2/01/2002         $304.28         $9.13           $313.41
       3/01/2002         $304.28         $9.13           $313.41

   Please remit your payment in the amount of  $1,880.46, which includes
   late fees in the amount of    $54.78 to the Fund Office immediately.
   If payments have been made, please disregard this notice.


   ** Reminder** A loan default occurs when your monthly payment is not
      received by the end of the calendar quarter following the calendar
      quarter in which the payment is due.
```

# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430   •   FAX 215-569-0368

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell *Co-Chairman* | Walter P. Palmer, Jr. *Co-Chairman* |
| Francis J. Laffey | Charles G. Erickson, III |
| Larry Dunn | Frank T. Lutter |
| John W. Hooven | L. Charles Marcon |
| Carl B. Miller | James F. Sassaman |
| Guy Pighaceili | John R. Smith, Jr. |

**CO-COUNSEL**
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

March 21, 2002

Theodore Dewees
2634 S. Chadwick Street
Philadelphia, PA 19147

Dear Mr. Dewees:

As you are aware, you have borrowed money from the Fund in the amount of $30,000.00 and have failed to repay it in accordance with the terms of the loan. This failure could result in extremely serious consequences to your legal rights and those of your family.

You are strongly encouraged to immediately commence payment of this loan. In that regard, you are directed to contact the Carpenters Pension and Annuity Loan Department at 215-568-0430, ext. 223. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you.

If you or your legal counsel should have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

*Mary Hackett*

Mary Hackett
Carpenters Pension & Annuity Plan Manager

MH/dmk
cc: File



## CARPENTERS
### PENSION AND ANNUITY FUND
### OF PHILADELPHIA & VICINITY

1807 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430   •   FAX 215-569-0368
email:fundadmin@philacarpenter.org
website:philacarpenterfunds.org

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P. Palmer, Jr. |
| Co-Chairman | Co-Chairman |
| Larry Dunn | Frank Boyer |
| John W. Hooven | Charles G. Erickson, III |
| Carl B. Miller | Frank T. Lutter |
| Guy Pigliacelli | James F. Sassaman |
|  | John R. Smith, Jr. |

**CO-COUNSEL**
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

April, 2002

Theodore Dewees, Jr.
2634 South Chadwick Street
Philadelphia, PA 19147

Dear Member:

**Please be advised that as of April 1, 2002 your loan has fallen into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan. You will receive a 1099R form at the end of every year for the term of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 591/2.

This is a very serious situation. Please consult a tax advisor for information concerning your financial well-being.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Sincerely,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure



```
                    CARPENTERS' BENEFIT FUNDS
                    1803 SPRING GARDEN STREET
                      PHILADELPHIA  PA  19130


THEODORE DEWEES JR
2634 S CHADWICK ST
PHILA          PA 19147         Soc.Sec.Nbr. 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
                                Local Union #    8

Dear Member:


                                              4/16/2002

    Our Records indicate that we have not received the following Loan
    Payments as of the date of this notice.


         DUE                                                TOTAL
         DATE           AMOUNT          LATE FEES           DUE

         10/01/2001     $304.28         $9.13               $313.41
         11/01/2001     $304.28         $9.13               $313.41
         12/01/2001     $304.28         $9.13               $313.41
          1/01/2002     $304.28         $9.13               $313.41
          2/01/2002     $304.28         $9.13               $313.41
          3/01/2002     $304.28         $9.13               $313.41
          4/01/2002     $304.28         $9.13               $313.41

Please remit your payment in the amount of  $2,193.87, which includes
late fees in the amount of    $63.91 to the Fund Office immediately.
If payments have been made, please disregard this notice.


 ** Reminder** A loan default occurs when your monthly payment is not
     received by the end of the calendar quarter following the calendar
     quarter in which the payment is due.
```