# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4546

PLAINTIFF:
Carpenters Pension an Annuity Fund of Philadelphia and Vicinity and Edward Coryell

vs.

DEFENDANT:
Theordore Dewees, Jr.

For:
Richard J. Defortuna, Esquire
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on THEODORE DEWEES, JR., 2634 S. Chadwick Street, Philadelphia, PA 19147.

I, GERALD TAYLOR, being duly sworn, depose and say that on the 24th day of July, 2002 at 11:15 am, I:

**Substitute Served** by leaving a true copy of this **Summons & Complaint** with the date and hour of service endorsed thereon by me with Mrs. Dewees (First Name Withheld) as **SPOUSE** and informing said person of the contents therein.

Additional Information pertaining to this Service:
The spouse was uncooperative and refused any additional information requested by the server.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: Caucasian, Height: 5'7, Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

GERALD TAYLOR
Process Server

Subscribed and Sworn to before me on the 26th day of July, 2002 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002002081

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c