IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THEODORE DEWEES, JR. | : | NO. 02-4546 |

O R D E R

AND NOW, this 19th day of August, 2002, upon review of the record, the Court notes that service of the Complaint was made by personal service upon Defendant on July 24, 2002. The court further notes that a pleading has not been filed in the above captioned action in response to the Complaint. If a Request for Default is not filed by September 2, 2002, the Court may enter an Order dismissing the case against the above named Defendants for lack of prosecution.

BY THE COURT:

_____
JOHN R. PADOVA, J.