**CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA & VICINITY,
et al.
v. THEODORE DEWEES, JR.
CIVIL ACTION NO. 02-4546**

**SAGOT, JENNINGS & SIGMOND ATTORNEYS' FEES - AUGUST 2002**

| Date | Attorney | Task | Time |
|------|----------|------|------|
| 08/13/02 | CTM | Preparation of Request to Enter Default | .7 |
| 08/21/02 | CTM | Calculate Interest Due<br>Calculate Late Fees<br>Preparation of Motion for Default Judgment | 2.3 |
| 08/22/02 | CTM | Calculate Attorneys Fees<br>Revisions to Motion for Entry of Default Judgment | .5 |
| 08/26/02 | RJD | Review of Request to Enter Default<br>Review of Motion for Default Judgment | .4 |
| 08/26/02 | CTM | Preparation of Motion for Default Judgment for Electronic Court Filing | .7 |
| | | **TOTAL HOURS** | 4.6 |

August Summary

| | | | |
|------|------|------|------|
| CTM | 4.2 Hrs x $85 /per hour = | $357.00 | |
| RJD | .4 Hrs x $175 /per hour = | $70.00 | |
| | August Total = | $427.00 | |
| | (6/07/02 to 7/31/02) Total = | $446.75 | |
| | **GRAND TOTAL** | **$873.75** | |

*Exhibit*

*1*

95899-1

REPRINT OF BILLED DETAILS (as billed)

```
                        Bill number CHWP00-23523-001 SGR
                        Bill date    07/10/02

Carpenters Health, Welfare & Pension
   Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Theodore Dewees, Jr. - Loan Lit.  (23523)

FOR PROFESSIONAL SERVICES RENDERED

06/07/02 SGR   Review of Correspondence from Fund regarding New
               Loan Default Case
               Review of Documents
               Preparation of Intake Memo
                                          .30 hrs  195  /hr      58.50
                                                              ------------
               TOTAL FEES                                 $       58.50

DISBURSEMENTS

                                                              ------------
               TOTAL DISBURSEMENTS                        $         .00

BILLING SUMMARY

               TOTAL FEES                                 $       58.50
                                                              ------------
               TOTAL CHARGES FOR THIS BILL                $       58.50
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number CHWP00-23523-002 SGR
                    Bill date    08/09/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Theodore Dewees, Jr. - Loan Lit.    (23523)

FOR PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hrs | Rate | Amount |
|------|-------|-------------|-----|------|--------|
| 07/05/02 | CTM | Review of Documents from Fund<br>Preparation of Complaint<br>Preparation of Exhibits | 1.50 hrs | 85 /hr | 127.50 |
| 07/05/02 | RJD | Review of Complaint | .10 hrs | 185 /hr | 18.50 |
| 07/08/02 | CTM | Preparation of Summons and Civil Cover Sheets<br>Preparation of Complaint for Electronic Court<br>Filing | .40 hrs | 85 /hr | 34.00 |
| 07/11/02 | CTM | Review of Documents from Court (x2) | .20 hrs | 85 /hr | 17.00 |
| 07/16/02 | CTM | Review of Documents from Court<br>Preparation of Complaint for Service<br>Preparation of Letter to Talone regarding Same | .50 hrs | 85 /hr | 42.50 |
| 07/18/02 | CTM | Review of Notice from Judge Padova | .10 hrs | 85 /hr | 8.50 |
| 07/19/02 | CTM | Preparation of Complaint for Service to Secretary<br>of State and Department of Labor<br>Letter to Secretary of State and Department of<br>State regarding Same | .60 hrs | 85 /hr | 51.00 |
| 07/29/02 | CTM | Review of Affidavit of Service from Talone<br>Preparation of Affidavit of Service for<br>Electronic Court Filing | .50 hrs | 85 /hr | 42.50 |

```
                                                   -----------
              TOTAL FEES                        $     341.50
```

DISBURSEMENTS

```
07/30/02 7100 Service Fee - Complaint                 45.00
07/31/02 COPY Photocopies                              1.75
```

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23523-ALL SGR                                        Page    1


              REPORT TOTALS

              TOTAL FEES                                    400.00

              TOTAL DISBURSEMENTS                            46.75
                                                        ------------
                                                            446.75




REPRINT OF BILLED DETAILS (as billed)
CHWP00-23523-002 SGR                                       Page    2

                                                        ------------
              TOTAL DISBURSEMENTS              $            46.75

    BILLING SUMMARY

              TOTAL FEES                       $           341.50

              TOTAL DISBURSEMENTS              $            46.75
                                                        ------------
              TOTAL CHARGES FOR THIS BILL      $           388.25
```