```
                   UNITED STATES DISTRICT COURT
                  Eastern District of Pennsylvania
                         U.S. Court House
                       Independence Mall West
                         601 Market Street
                      Philadelphia, PA  19106-1797
```

August 29, 2002

**NOTICE OF HEARING:**

RE:   CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA
      AND VICINITY, ET AL vs. THEODORE DEWEES, JR.
      Civil Action No. 02-4546

Dear Counsel:

Please be advised that a hearing is scheduled on plaintiff's request for default judgment.  The hearing will be held on September 23, 2002 at 4:00 p.m. in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  **The moving party should make service of this notice and provide the Court with proof thereof**.

Very truly yours,

Gerrie M. Keane
Deputy Clerk to Judge Padova

To: Richard J. DeFortuna, Esquire