IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| THEODORE DEWEES, JR. | : | |
| Defendant | : | NO. 02-4546 |

## CERTIFICATE OF SERVICE

I, Richard J. DeFortuna, Esquire, statue under penalty of perjury that I caused a copy of the Notice of Hearing dated August 29, 2002 to be served via first class mail, postage prepaid on the date and to the address below:

Theodore Dewees, Jr.
2634 S. Chadwick Street
Philadelphia, PA 19147

s/Richard J. DeFortuna
RICHARD J. DEFORTUNA, ESQUIRE

Date: August 30, 2002

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM

103882-1