IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al.<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>THEODORE DEWEES, JR.<br><br>　　　　　　　　　Defendant. | CIVIL ACTION<br><br>　　　　　　FILED<br><br>　　　MICHAEL E. KUNZ, Clerk<br>　By_____ Dep. Clerk<br><br>NO. 02-4546 |

**REQUEST FOR WRIT OF REVIVAL OF JUDGMENT AGAINST
THEODORE DEWEES, JR.**

TO:　Michael E. Kunz, Clerk
　　　United States District Court
　　　2609 U.S. Courthouse
　　　601 Market Street
　　　Philadelphia, PA 19106

Please issue a Writ of Revival of Judgment entered on September 24, 2002, and indexed in the Judgment Index against Theodore Dewees, Jr. in the amount of $32,271.82 plus interest from September 1, 2002, as provided by 29 U.S.C. §1132(g)(2) and 26 U.S.C. §6621.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JENNINGS SIGMOND, P.C.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAWN M. COSTA (ID NO. 90245)
　　　　　　　　　　　　　　　　　The Penn Mutual Towers, 16th Floor
　　　　　　　　　　　　　　　　　510 Walnut Street
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　(215) 351-0616
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: 2/18/2008

193044-1
chwp.23523.PL