# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

CARPENTERS PENSION AND ANNUITY FUND
OF PHILADELPHIA AND VICINITY, et al.

Civil No.: 02-4546

vs

THEODORE DEWEES, JR.

SERVICE OF PROCESS ON: THEODORE DEWEES, JR.

I Shawn F. Schaffer, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

**Date of Service:**       3/02/2008 @ 12:40 PM
**Place of Service:**      13 West Lake Ave., Blackwood, NJ 08012
**Documents Served:**      Writ of Revival

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

____By personally delivering them into the hands of the person being served
_x__By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: **Barbara Deweees ( Wife )**
____By delivering to an officer or person-in-charge or managing agent whose name and title is:

___Other_____

Description of Person Receiving Documents: Male/Female  Skin Color _wh. fe_
                                            Hair Color _dark_   Age _40_ Hgt _5'4"_ Wgt _130_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature]_              3/2/08       Subscribed & Sworn to before me
Signature of Server        Date         this 2nd day of MARCH, 2008

                                        _[signature]_
                                        Notary Public

Dawn M. Costa, Esquire                  NOTARIAL SEAL
510 Walnut Street, 16TH Fl.             Joseph C ODonovan Jr
Philadelphia, PA 19106    215-351-0616  NOTARY PUBLIC
                                        City of Philadelphia, Philadelphia County
                                        My Commission Expires 05/15/2011