IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al.<br><br>               Plaintiffs,<br>v.<br><br>THEODORE DEWEES, JR.<br><br>               Defendant. | CIVIL ACTION<br><br><br><br><br><br><br><br>NO. 02-4546 |

**PRAECIPE FOR ENTRY OF JUDGMENT ON REVIVAL**

TO:   Michael E. Kunz, Clerk
       United States District Court
       2609 US Courthouse
       601 Market Street
       Philadelphia, PA 19106

      The Writ of Revival of Judgment having been served upon Theodore Dewees, Jr. on March 2, 2008, as appears on the Affidavit of Service filed with the Court, kindly enter judgment on the Writ of Revival in favor of the Plaintiffs and against Defendant in the amount of $32,271.82 plus interest from September 1, 2002, to the date of collection.

                                                Respectfully submitted,

                                                JENNINGS SIGMOND, P.C.

                                                s/ Dawn M. Costa
                                                DAWN M. COSTA (ID NO. 90245)
                                                The Penn Mutual Towers, 16th Floor
                                                510 Walnut Street
                                                Philadelphia, PA 19106
                                                (215) 351-0616
Dated:  3/24/2008               Attorney for Plaintiffs

193044-1
chwp.23523.PL

## CERTIFICATE OF SERVICE

I, **DAWN M. COSTA, ESQUIRE,** hereby state under penalty of perjury that the foregoing Praecipe for Entry of Judgment of Revival was served on this date, via first class mail, postage pre-paid to the address listed below:

> Theodore Dewees, Jr.
> 13 West Lake Drive
> Blackwood, NJ 08012

s/ Dawn M. Costa
DAWN M. COSTA, ESQUIRE

Date: _____3/24/08_____

**THIS DOCUMENTS HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

193044-1
chwp.23523.C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al.<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>THEODORE DEWEES, JR.<br><br>　　　　　　　　　Defendant. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO. 02-4546 |

## JUDGMENT OF REVIVAL

AND NOW, this _____ day of _____, 2008, it appearing that Defendant Theodore Dewees, Jr., was served with the Writ of Revival of Judgment on March 2, 2008, the judgment entered in Civil Action No. 02-4546 on September 24, 2002, it is hereby revived in favor of the Plaintiffs and against Defendant in the amount of $32,271.82 plus interest from September 1, 2002, as provided in the judgment.

　　　　　　　　　　　　　　　　　　　BY THE CLERK:
　　　　　　　　　　　　　　　　　　　MICHAEL KUNZ

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Deputy Clerk

DATE:_____

193044-1
chwp.23523.PL